LISA A. HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Fax: (661) 326-0418
E-mail: lholder@kleinlaw.com

Proposed Attorneys for Randell Parker, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 09-62825-A-7 |
|---|---|
| VICTOR AND CAMILLA TYREE, | Chapter 7 |
| Debtors. | DC No. KDG-2 |
| | Date: March 10, 2010<br>Time: 9:00 a.m.<br>Place: U.S. Bankruptcy Court<br>2500 Tulare Street<br>5th Floor, Courtroom 11<br>Fresno, California<br>Judge: Whitney Rimel |

## MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION

Randell Parker, Chapter 7 Trustee moves this court for an Order Authorizing Trustee to Sell Personal Property at Public Auction Sale and represents as follows:

1.  VICTOR AND CAMILLA TYREE ("Debtors") filed a Voluntary Petition Under Chapter 7 on December 31, 2009. Randell Parker is the duly qualified, appointed and acting trustee in the case filed by Debtors. Debtors' meeting of creditors was held on February 16, 2010

2.  The assets of the estate include (1) a 2001 Tahoe Fifth-Wheel Trailer, which Debtors valued at $5,000.00 in their schedules, and (2) a 2002 Chevrolet Silverado Four-Wheel-Drive Truck, which Debtors valued at $8,000.00 in their Schedules (together "the Vehicles"). According to the Schedules of Assets and Liabilities filed by Debtors, the Vehicles are owned free and clear of any liens and Debtors did not claim an exemption in the Vehicles.

///

3. The Trustee seeks authority to sell the Vehicles at a public auction on or about March 27, 2010 under 11 U.S.C. § 363(b)(1). The court has jurisdiction under 28 U.S.C. § 1334 and 11 U.S.C. § 363. This is a core matter under 28 U.S.C. § 157(b)(2)(A) and (N). The Trustee believes that selling the Vehicles at public auction will yield the best price obtainable for the Vehicles under the circumstances of the Chapter 7 case filed by Debtors.

5. The Trustee is informed that the auction will be conducted at 30764 Imperial Road, Shafter, CA 93263.

6. In order to expedite the sale of the Vehicles, the Trustee entered into an agreement with Jerry Gould of Gould Auction and Appraisal Company ("Auctioneer"), to advertise and manage the auction. According to the agreement between the Trustee and Auctioneer, the fees for professional services rendered by Auctioneer will not exceed 15% of the gross proceeds of the auction plus a one-time reimbursement of $150.00 for the pick up of the Vehicles. Additionally, Auctioneer may be reimbursed for up to $500.00 in extraordinary expenses he incurs for repairs to the Vehicles to ready them for sale. The Trustee requests authority to pay the Auctioneer up to $500.00 without further order of the court because the Vehicles may require repairs to obtain the best possible price for the estate.

7. The Trustee believes that a sale of the Vehicles at public auction is in the best interest of the estate because (a) it would be difficult and costly, administratively, to advertise and locate a buyer for the Vehicles, if such buyer could be located, and (b) it allows the Trustee to generate one lump sum in a short period of time.

8. The details of the compensation to the Auctioneer will be subject to the terms and conditions set forth in the *Application of Trustee for Order Authorizing Employment of Auctioneer to Conduct Public Auction.*

WHEREFORE, the Trustee prays that:

1. the *Motion for Order Authorizing Trustee to Sell Personal Property at Public Auction* filed by Randell Parker, Chapter 7 Trustee be granted;

2. he be authorized to sell the (1) 2001 Tahoe Fifth-Wheel Trailer, and (2) a 2002 Chevrolet Silverado Four-Wheel-Drive Truck ("the Vehicles") at public auction pursuant to the

terms and conditions set forth in the *Application of Trustee for Order Authorizing Employment of Auctioneer to Conduct Public Auction*;

    3.    he be authorized to pay Gould Auction and Appraisal Company from the proceeds received from the sale of the Vehicles;

    4.    the 14 day stay of order under Bankruptcy Rule 6004(h) be waived; and

    5.    he be given such other relief as the Court deems just and proper.

Dated: February 17, 2010

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By _____
LISA HOLDER, ESQ.
Proposed Attorneys for
Randell Parker, Chapter 7 Trustee

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309