LISA HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-mail: lholder@kleinlaw.com

Attorneys for Randell Parker, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VICTOR AND CAMILLA TYREE,<br><br>Debtors. | Case No. 09-62825-A-7<br><br>Chapter 7<br><br>DC No. KDG-4<br><br>**MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL ESTATE'S INTEREST IN PERSONAL PROPERTY**<br><br>Date: September 21, 2010<br>Time: 1:30 p.m.<br>Place: U.S. Bankruptcy Court<br>1300 18th Street, Suite A<br>Bakersfield, California<br>Judge: Whitney Rimel |

## I. INTRODUCTION

Randell Parker, Chapter 7 Trustee ("the Trustee"), moves the court for authority to sell the non-exempt interest in a 2006 Honda CR-V passenger vehicle ("Honda") to Victor and Camilla Tyree ("Debtors") for $7,825.00. Debtors claim a $2,550.00 exemption in the Honda, and Alta One filed a proof of claim stating that the debt secured by the Honda was $3,722.62 on the petition date. From the $7,825.00, the Trustee will pay off the Alta One debt. Debtors have paid $7,825.00 to the Trustee which he is holding in trust pending confirmation of the sale.

The sale of the Honda to Debtors is in the best interest of the estate because Debtors' offer, plus their exemption, approximates the NADA value of the Honda, and the sale will result in approximately $4,100.00 to distribute to creditors.

## II. ARGUMENT

1. Debtors filed for relief under Chapter 7 of the Bankruptcy Code on December 31, 2009. Randell Parker is the duly appointed, qualified, and acting Trustee in the case.

2. This Court has jurisdiction under 28 U.S.C. section 1334 and 11 U.S.C. section 363. This is a core matter under 28 U.S.C. section 157(b)(2)(A) & (N).

3. According to Debtors, the Honda had approximately 95,000 miles on it on the petition date. Based upon the NADA guide, the clean trade-in value as of February 2010 is approximately $10,375.00.

4. Based on the NADA value of $10,375.00, and Debtors' claimed exemption of $2,550.00 under C.C.P. § 704.010, the value of the non-exempt interest in the Honda is $7,825.00. Debtors have made an offer to purchase the non-exempt interest in the vehicle for $7,825.00. From the $7,825.00 paid by Debtors, the Trustee will pay off Alta One's debt.

5. The Trustee asserts that the sale of the Honda to Debtors is a reasonable exercise of his business judgment because the sale will generate approximately $4,100.00 (after payment to Alta One) to be distributed by the estate, and the estate will not have to incur the costs and delay to (a) hire an auctioneer and (b) liquidate the assets at an auction, or (c) sell privately to a third party. Furthermore, a sale to Debtors eliminates the need to wait for an auction sale or to market the Honda, and any uncertainty as to how much would be received from a sale to a third party.

## III. CONCLUSION

WHEREFORE, the Trustee prays that he be authorized to:

1. sell the non-exempt value of the Honda to Debtors for $7,825.00;
2. pay off the debt to Alta One from the $7,825.00 received; and
3. for such other relief as is just and proper.

Dated: August 19, 2010

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ Lisa Holder
LISA HOLDER, Attorneys for
Randell Parker, Chapter 7 Trustee